**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-6494**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

COREY E. WHITE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:07-cr-00150-RBS-FBS-1)

---

Submitted: July 30, 2009       Decided: August 5, 2009

---

Before MOTZ, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Corey E. White, Appellant Pro Se. D. Monique Broadnax, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey E. White appeals the district court's order denying his motion for an extension of time in which to file a 28 U.S.C.A. § 2255 (West Supp. 2009) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. White, No. 2:07-cr-00150-RBS-FBS-1 (E.D. VA. Feb. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2